UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES RICARDO WRIGHT, | ) | NO. CV 08-6597-JVS(CT) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| ROBERT A. HORRELL, Warden | ) | |
| Respondent. | ) | |

IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

DATED: March 3, 2009

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE